UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
'08 APR 22 AM 9:43

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Docket No. '08 MJ 1229 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| Felipe CARRASCO-Rivera, | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |
| Defendant | |

The undersigned complainant, being duly sworn, states:

On or about **April 20, 2008** within the Southern District of California, defendant, **Felipe CARRASCO-Rivera,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **22nd** DAY OF **APRIL 2008**

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Felipe CARRASCO-Rivera

## PROBABLE CAUSE STATEMENT

On April 20, 2008, Border Patrol Agent C. Mackes was performing line watch duties in an area known as "East Smugglers." This area is located approximately seventy-five yards north of the United States/Mexico International Boundary and approximately three miles west of the San Ysidro, California Port of Entry.

At approximately 12:45 p.m., Agent Mackes observed two individuals attempting to conceal themselves within an area of dense brush. Agent Mackes identified himself as a Border Patrol Agent, and conducted an immigration inspection. One individual later identified as the defendant **Felipe CARRASCO-Rivera**, admitted to being a citizen and national of Mexico without any immigration documents that would allow him to legally enter or remain in the United States. Agent Mackes arrested the defendant and had him transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on April 16, 2008 through San Ysidro, CA**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally. He stated his intended destination was Los Angeles, California.