1  **TIMOTHY R. GARRISON**
   California State Bar No. 228105
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone No. (619) 234-8467
4  Email: timothy_garrison@fd.org

5  Attorneys for Mr. Carrasco-Rivera

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ1229 |
   |                           | ) |                   |
11 |        Plaintiff,         | ) |                   |
   |                           | ) |                   |
12 | v.                        | ) | **NOTICE OF APPEARANCE** |
   |                           | ) |                   |
13 | FELIPE CARRASCO-RIVERA,   | ) |                   |
   |                           | ) |                   |
14 |        Defendant.         | ) |                   |
   |                           | ) |                   |

17       Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Timothy R. Garrison, Federal Defenders of San Diego, Inc., files this Notice of Appearance as counsel in the above-captioned case.

20       Respectfully submitted,

22 Dated: April 23, 2008        /s/ *Timothy R. Garrison*
         Federal Defenders of San Diego, Inc.
         Attorneys for Defendant
         Timothy_Garrison@fd.org

# **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF NEF

    Copy to Defendant

Dated: April 23, 2008                  /s/ *Timothy R. Garrison*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Timothy_Garrison@fd.org (email)